UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CURTIS L. CONROY )
)
v. ) NO. 3:10-0605
) JUDGE CAMPBELL
DOLGENCORP, LLC )

ORDER

The pretrial conference currently scheduled for January 16, 2012, is RESCHEDULED for January 13, 2012, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE