```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                         AT NASHVILLE
```

CURTIS L. CONROY,              )
                               )
         Plaintiff             )
                               )       Case 3:10-0605
v.                             )       Judge Campbell/Brown
                               )
DOLGEN CORP, LLC,              )
                               )
         Defendant             )

### **O R D E R**

A telephone conference was held with the parties in this matter on February 15, 2011. The Plaintiff requested some modifications to the scheduling order in this case (Docket Entry 9). Counsel advised that the changes were necessary because they were behind in their depositions. The parties have now entered an agreed protective order which should speed up production of written discovery. The motion to approve the agreed protective order is granted (Docket Entry 12).

The new deadlines for completion of all nonexpert discovery shall be **June 3, 2011**. The Plaintiff shall make his expert disclosures, if any, by **June 17, 2011**. The Defendant's expert disclosures will be due by **July 18, 2011**. Any necessary discovery of expert witnesses will be completed by **August 12, 2011**. Dispositive motions will be due **September 2, 2011**, responses thereto are due **28 days** thereafter, and replies, if any, limited to **five pages**, are due **14 days** after any response.

The final pretrial conference date and trial date previously set by Judge Campbell (Docket Entry 10) remain unchanged.

The parties advised that they thought it was a bit early for alternative dispute resolution discussions at this point. The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at any time at their request.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge