```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                           AT NASHVILLE

CURTIS L. CONROY,                 )
                                  )
         Plaintiff                )
                                  )        Case 3:10-0605
v.                                )        Judge Campbell/Brown
                                  )
DOLGEN CORP, LLC,                 )
                                  )
         Defendant                )
```

## **O R D E R**

At the request of counsel a telephone conference regarding discovery dispute has been set for **April 25, 2011, at 3:00 p.m.** To participate in the conference call, **parties shall call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

```
                              /s/ Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge
```