UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

```
CURTIS L. CONROY,                )
                                 )
        Plaintiff                )
                                 )   Case 3:10-0605
v.                               )   Judge Campbell/Brown
                                 )
DOLGEN CORP, LLC,                )
                                 )
        Defendant                )
```

**O R D E R**

A telephone conference was held at the request of the parties on April 25, 2011, to resolve a discovery dispute.

The issue involves the Plaintiff's request for employee records of the Defendant's store managers in Region 81, who separated from their employment in the last three years.

After discussion with counsel, the time frame should be the time of the longest serving district or regional manager involved in the termination of the Plaintiff plus six months, not to exceed three years.

The Plaintiff has also requested employment records of all employees terminated during this period of time. The Defendant shall produce their employment records of store managers in Region 81 who were terminated for cause by the company, as well as any store managers who resigned while under investigation or who are listed as not eligible for re-employment. The Defendant will produce the number of store managers during the relevant period who otherwise voluntarily separated or retired.

It is the Magistrate Judge's understanding that the parties will be able to agree on a protective order as necessary for this information.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge