UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURTIS L. CONROY, | ) |
| | ) |
| v. | ) No. 3:10-0605 |
| | ) JUDGE SHARP |
| DOLGENCORP, LLC | ) |
| | ) |

**O R D E R**

The trial in this matter set for January 24, 2012 and the final pretrial conference set for January 13, 2012 are hereby CONTINUED to be reset, if needed, after the Court issues a ruling on the dispositive motion.

It is so ORDERED..

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE