# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CURTIS CONROY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-00605 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | Magistrate Judge Brown |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Dolgencorp, LLC's Motion for Summary Judgment (Docket Entry No. 30). Defendant filed its Statement of Undisputed Material Facts (Docket Entry No. 37) to which Plaintiff filed a response (Docket Entry No. 45).

After reviewing the parties' filings, the Court agrees with Defendant that Plaintiff has failed to file proper responses to the Statement of Undisputed Material Facts in accordance with Local Rule 56.01. However, rather than deem admitted Defendant's Statement of Undisputed Material Facts or ignore Plaintiff's responses, Plaintiff shall re-file his responses, which may contain a concise statement of additional facts, in strict compliance with Local Rule 56.01(c), within seven (7) days from the date of this Order. Defendant shall file its reply to such additional facts (if any) in accordance with the local rules.

It is so **ORDERED**.

ENTER this 13th day of January, 2012.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE